UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. SANCHEZ, | No. 1:26-cv-00217-KES-SAB (PC) |
| Plaintiff, | ORDER DENYING PLAINTFF'S REQUEST FOR ISSUANCE OF SUMMONS AND REQUEST ENTRY OF DEFAULT |
| v. | |
| DIAZ, et al., | (ECF Nos. 2, 15) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on January 5, 2026.

Currently before the Court is Plaintiff's request for issuance of summons, filed January 5, 2026, and Plaintiff's request entry of default, filed March 12, 2026.  (ECF Nos. 2, 15.)

Plaintiff requests the Court issue the summons and order service of his complaint by the United States Marshal. (ECF No. 2.)  Because the Court will not order service or issue a summons for service unless and until the complaint passes screening pursuant to 28 U.S.C. § 1915(e)(2) or § 1915A(b), the request shall be denied without prejudice as premature. See Martirosyan v. Baries, No. 21-cv-6433-PA-MAR, 2022 WL 2189537, at *4 (C.D. Cal. May 2, 2022) (request to issue summons premature until screening process is complete), citing Barren v. Harrington, 152 F.3d 1193, 1194 (9th Cir. 1998) ("The Prison Litigation Reform Act ... require[s]

1

the district court to dismiss in forma pauperis prisoner civil rights suits if the court determines that the action does not state a claim upon which relief may be granted.")

In addition, Plaintiff's request for entry of default must also be denied as the screening of his complaint is pending before the Court and (contrary to Plaintiff's incorrect assertion) Defendants have not yet been served in this action. As noted in the Court's January 12, 2026, first informational order, the Court "is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity" pursuant to 28 U.S.C. § 1915(A)(a). (ECF No. 6 at 3). The order further advised that Plaintiff's action "may not proceed ... until the Court screens [Plaintiff's] complaint and finds that it states a cognizable claim against [the] named defendants" and "[i]f the Court does find a cognizable claim and [Plaintiff] is proceeding in forma pauperis, the Court will direct the United States Marshal to initiate service of the complaint on defendants." (Id.)

Based on the foregoing, it is HEREBY ORDERED that:

1.    Plaintiff's request for issuance of summons, (ECF No. 2), is DENIED; and

2.    Plaintiff's request for entry of default, (ECF No. 15), is DENIED.

IT IS SO ORDERED.

Dated:   **March 16, 2026**                          _____
                                                      STANLEY A. BOONE
                                                      United States Magistrate Judge

2